Jack Kole, Doris Kole and Joe D. Grant, Appellees, v. Seilig B. Kousnetz, Appellant.

Gen. No. 44,369.

opinion filed June 23, 1948; released for publication July 12, 1948. Harry George, for appellant; Charles D. Snewind, of counsel; Rissman & Lipton, for appellees; Emil Rissman, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.

Edward E. Williams, and Elizabeth Meidell, Appellees, v. Arthur J. Stevens, Trustee, Appellant.

Gen. No. 44,241.

opinion filed June 23, 1948; released for publication July 12, 1948. Harold F. Ronin, for appellant; William Sproger, for appellees. Opinion by JUSTICE KILEY. Not to be published in full.